THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIARA POITEVIEN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CORPORATE TRANSLATION SERVICES, LLC, dba LanguageLink<br><br>　　　　　Defendant. | Case No. 3:23-cv-05152-JHC<br><br>ORDER RE: EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT |

　　　　The Court hereby GRANTS the Parties' Stipulated Motion for Extension of Time to Respond to Plaintiff's Complaint (Dkt. # 13) and ORDERS that the Defendant file a responsive pleading of some kind on or before April 24, 2023.

　　　　IT IS SO ORDERED on this 23rd day of March, 2023.

_____
The Honorable John H. Chun
United States District Judge

ORDER RE: EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S AMENDED COMPLAINT - 1
Case No. 3:23-CV-05152-JHC